IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:05-cv-01187-PSF-PAC

STORAGE TECHNOLOGY CORPORATION,
d/b/a STORAGETEK, a Delaware Corporation

        Plaintiff,

v.

| | |
|---|---|
| CUSTOM HARDWARE ENGINEERING & CONSULTING, INC., a Delaware Corporation, PD PROPERTIES, LLC, f/k/a DP SOFTWARE ENTERPRISES, LLC, a Delaware Limited Liability Company, and DAVID YORK, individually | IN RE: CASE NO. 02-12102 RWZ MATTER PENDING IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS |

        Defendants.

---

DEFENDANT CHE'S MOTION TO VACATE SCHEDULING/PLANNING CONFERENCE

---

      Defendant Custom Hardware Engineering & Consulting, Inc. ("CHE") moves to vacate the Scheduling/Planning Conference set on September 6, 2005 in this action. As grounds therefor, CHE states as follows:

      1.    <u>Local Rule 7.1A Certification</u>. CHE's counsel certifies that they have conferred in good faith by telephone and by an exchange of emails with STK's and Billington's counsel to resolve this disputed matter and that the parties could not resolve this disputed matter.

      2.    Pursuant to the Court's Order Setting Scheduling/Planning Conference dated August 12, 2005, the Court set a Scheduling/Planning Conference for September 6, 2005 at 10 a.m.

      3.    This case is an ancillary discovery action arising out of an underlying case involving claims of copyright and patent infringements and antitrust counterclaims which is pending in the United States District Court for the District of Massachusetts. Plaintiff filed this ancillary discovery action in Colorado arising from the Massachusetts action.

      4.    In the two pending Motions for Protective Order and Motion to Quash, Plaintiff seeks to prevent the continuation of the deposition of Robert Billington, one of STK's principal

fact and expert witnesses in the underlying Massachusetts case and a resident in the District of Colorado, who was served with a subpoena issued by this Court.

5. This Court set the hearing (the "Motions Hearing") on these Motions for September 15, 2005.

6. STK's and Billington's counsel first approached CHE's counsel and suggested that the parties join in a motion to vacate the Scheduling/Planning Conference. CHE agreed to join in a motion to vacate because it did not believe that a Scheduling/Planning Conference was necessary in view of the ancillary nature of this case and the fact that the parties had already filed comprehensive moving papers. CHE was willing to certify and represent in a joint motion that CHE would submit and argue the pending motions based upon the moving papers unless otherwise requested by the Court.

7. CHE further was willing to certify and represent that it would not present any live testimony or evidence at the Motions Hearing.

8. However, STK and Billington would not make similar representations or commitments. They would not give a clear answer or response to CHE as to whether or not they intended to present evidence at the Motions Hearing. On August 26, 2005 and again on September 1, 2005, they declined to accept CHE's proposal that the Scheduling/Planning Conference be vacated and that the parties agree not to submit evidence beyond their moving papers.

9. To avoid consuming unnecessarily the Court's resources and time, CHE respectfully suggests that the following orders may be entered for purposes of judicial economy and efficiency:

    a. The September 6, 2005 Scheduling/Planning Conference be vacated.

    b. On or before September 8, 2005, STK and Billington would be required to identify each witness and provide a summary of the anticipated testimony from each witness that they will call at the Motions Hearing. Furthermore, STK and Billington would be required to file an exhibit list with the Court and provide the exhibit list and premarked copies of their exhibits to CHE.

    c. On September 12, 2005, CHE would identify any rebuttal witness and provide a summary of the anticipated testimony of any rebuttal witnesses that CHE may call. CHE also would file with the Court an exhibit list and provide STK and Billington with the exhibit list and any premarked rebuttal exhibits that CHE intends to introduce at the motions hearing.

    d. The parties then would file with the Court on September 13, 2005 their respective statements as to whether they stipulate or object to the authenticity and admissibility of the exhibits of the other party.

WHEREFORE, Defendant Custom Hardware Engineering & Consulting, Inc. moves to vacate the September 6, 2005 Scheduling/Planning Conference and respectfully request the Court to enter instead an Order consistent with subparagraphs 9b through 9d above.

DATED this 1st day of September, 2005.

      s/ David L. Kelble, Jr.
*David L. Kelble, Jr.*
DAVID L. KELBLE, JR., P.C.
Cherry Tower
950 S. Cherry Street, Suite 1118
Denver, CO  80246
Phone: (303) 691-8800
Fax: (303) 691-8860
E-mail: davidkelble@cs.com

and

*Dean L. Franklin*
*Edwin G. Harvey*
*Nicholas B. Clifford*
THOMPSON COBURN, LLP
One US Bank Plaza
St. Louis, MO 63101
Phone: (314) 552-6000
Fax: (314) 552-7000
    (of counsel)

and

*Anthony G. Simon*
SIMON PASSANANTE, PC
701 Market Street, Suite 1150
St. Louis, MO 63101
Phone: (314) 241-2929
Fax: (314) 241-2029
    (of counsel)

Attorneys for Defendant
*Custom Hardware Engineering & Consulting, Inc.*

CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that on this 1st day of September, 2005, a true and correct copy of the foregoing DEFENDANT CHE'S MOTION TO VACATE SCHEDULING/PLANNING CONFERENCE was served via the following means on:

| | |
|---|---|
| Joseph L. Stanganelli, Esq.<br>SCIBELLI WHITELEY AND<br>STANGANELLI, LLP<br>50 Federal Street, 5th Floor<br>Boston, MA 02110<br>  (facsimile and first class mail) | Charles W. Steese<br>Sandra Potter<br>STEESE & EVANS, PC<br>6400 S. Fiddlers Green, Ste. 1820<br>Denver, CO 80111<br>  (facsimile and ECF) |
| Bobbee J. Musgrave<br>MUSGRAVE & THEIS, LLP<br>Republic Plaza, Ste. 4450<br>370 Seventeenth Street<br>Denver, CO 80202<br>  (facsimile and first class mail) | Jerry A. Riedinger<br>PERKINS COIE, LLP<br>1201 Third Avenue, 48th Floor<br>Seattle, WA 98101-3099<br>  (facsimile and first class mail) |
| Joseph D. Steinfield<br>PRINCE, LOBEL, GLOVSKY & TYE, LLP<br>585 Commercial Street<br>Boston, MA 02109<br>  (facsimile and first class mail) | Peter E. Ball<br>SALLEY & FITCH<br>225 Franklin Street<br>Boston, MA 02110-2804<br>  (facsimile and first class mail) |
| Marjorie Sommer Cooke<br>COOKE, CLANCY & GRUENTHAL, LLP<br>265 Franklin Street<br>Boston, MA 02110<br>  (facsimile and first class mail) | |

                                                s/ David L. Kelble, Jr.