UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-01187-PSF-PAC

STORAGE TECHNOLOGY CORPORATION, d/b/a
STORAGETEK, a Delaware corporation,

Plaintiff,

vs.

CUSTOM HARDWARE ENGINEERING &
CONSULTING, INC. et al.

Defendants.

IN RE CASE NO. 02-12102 RWZ
Pending in the United States District
Court for the District of Massachusetts

---

**ORDER VACATING SCHEDULING/PLANNING CONFERENCE AND REGARDING
SEPTEMBER 15, 2005 MOTIONS HEARING**

---

Order Entered by Patricia A. Coan, Magistrate Judge

This matter comes before the Court on Plaintiff Storage Technology Corporation's September 1, 2005 Motion to Vacate the Scheduling/Planning Conference set for September 6, 2005 at 10:00 a.m. The Court, having reviewed the Motion, and being fully advised, hereby ORDERS that the Motion is GRANTED. The Scheduling/Planning Conference previously set for September 6, 2005 at 10:00 a.m. is VACATED.

Further, the pending Billington motion for protective order and to quash, filed June 24, 2005, and the Storage Tech motion for protective order, filed June 24, 2005, are set for a hearing on September 15, 2005 beginning at 9 a.m. in Courtroom A-501. The total time set aside for the hearing is two hours, which will be divided equally among Storage Tech, Billington and Custom Hardware Engineering, for the presentation of witnesses, if any, and oral argument. Counsel are advised to stipulate to as many facts as possible and to the admissibility of as many exhibits as

possible prior to the hearing. Counsel for Storage Tech, Billington and Custom Hardware Engineering are further ORDERED to meet and confer in the magistrate judge's conference room from 8:15 a.m. until 9:00 a.m. on September 15, 2005 in an effort to resolve the disputes raised by the subject motions.

Dated this second day of September 2005.

BY THE COURT:

s/Patricia A. Coan
The Honorable Patricia A. Coan
United States District Court Magistrate Judge