IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01187-PSF-PAC

STORAGE TECHNOLOGY CORPORATION, d/b/a STORAGETEK, a Delaware corporation,

      Plaintiff(s),

v.

CUSTOM HARDWARE ENGINEERING & CONSULTING, INC., a Delaware corporation,
PD PROPERTIES, LLC., f/k/a DP SOFTWARE ENTERPRISES, LLC., a Delaware Limited Liability Company, and
DAVID YORK, individually,

      Defendant(s).

---

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN

      IT IS HEREBY **ORDERED** that the Joint Motion to Withdraw Pending Discovery and Motions for Protective Order and Motion to Quash and to Vacate Motions Hearing [filed September 13, 2005] is **GRANTED** as follows:

      The Motion for Protective Order, by defendant Robert Billington [filed June 24, 2005], the Motion to Quash [filed June 24, 2005; and the Motion for Protective Order, by plaintiff Storage Technology Corporation [filed June 24, 2005] are **denied as moot.**

      IT IS **ORDERED** that the motions hearing set for September 15, 2005 is *vacated.*

      Counsel are advised to review the Court's Electronic Filing Procedures, page 15, for correct procedures for filing proposed orders.

Dated:  September 14, 2005