IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01187-PSF-PAC

STORAGE TECHNOLOGY CORPORATION, d/b/a STORAGETEK,
a Delaware corporation,

      Plaintiff,

v.

CUSTOM HARDWARE ENGINEERING & CONSULTING, INC.,
a Delaware corporation;
PD PROPERTIES, LLC., f/k/a DP Software Enterprises, LLC.,
a Delaware Limited Liability Company; and
DAVID YORK, individually,

      Defendants.

---

## ORDER DIRECTING CLOSURE OF CASE

---

This matter comes before the Court *sua sponte*, pursuant to the order of

Magistrate Judge Coan entered September 14, 2005.  That Order denied as moot the

only matters pending in this case, which involved a discovery dispute over a subpoena

issued by the District of Massachusetts.  As there are no further matters pending in this

case, the Clerk of the Court is DIRECTED to close this case.

      DATED: December 20, 2005

                        BY THE COURT:

                        *s/ Phillip S. Figa*

                        _____

                        Phillip S. Figa
                        United States District Judge